***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted June 20, affirmed July 12, 2023, *State v. Preston-Mittasch*, 319 Or App 507, 510 P3d 931, *rev den*, 370 Or 212 (2022)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RYAN NICHOLAS LEE GARNER,
*Defendant-Appellant.*

Lane County Circuit Court
16CR44132; A177678

R. Curtis Conover, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kyle Krohn, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jon Zunkel-deCoursey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Powers, Judge, and Hellman, Judge.

PER CURIAM

Affirmed. *State v. Preston-Mittasch*, 319 Or App 507, 510 P3d 931, *rev den*, 370 Or 212 (2022).